**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7443**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY ELLIS GHOLSON, a/k/a Sylvester Bradley,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CR-97-72)

———————

Submitted:  March 13, 2001              Decided:  April 16, 2001

———————

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Larry Ellis Gholson, Appellant Pro Se.  Damon A. King, OFFICE OF THE POST JUDGE ADVOCATE, Fort Monroe, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Ellis Gholson appeals the district court's orders denying his motion to clarify and alter the restitution order in his criminal case and denying reconsideration.[*] We find the appeal untimely and dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). In a criminal case, a defendant's notice of appeal must be filed within ten days of the entry of the order appealed. Fed. R. App. P. 4(b)(1)(A)(i). The only exception is when the district court extends the appeal period pursuant to Fed. R. App. P. 4(b)(4).

The district court entered its order on September 7, 2000; Gholson's notice of appeal was signed and dated on September 28, 2000, which is beyond the ten-day appeal period. Gholson's failure to note a timely appeal or to obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of Gholson's appeal. We therefore dismiss the appeal.

---

[*] If construed as motion under 28 U.S.C.A. § 2255 (West Supp. 2000), Gholson's motion would be successive and would require authorization pursuant to 28 U.S.C.A. § 2244 (West Supp. 2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED